IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICU MEDICAL, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>B. BRAUN MEDICAL, INC.,<br><br>　　　　Defendant.<br>_____ / | No. C 01-03202 CRB<br><br>**ORDER OF WITHDRAWAL OF BRAUN'S MOTION FOR SUMMARY JUDGMENT ON ICU'S WILLFUL INFRINGEMENT CLAIM** |

Pursuant to notice of withdrawal [doc #183] filed February 7, 2003

**IT IS HEREBY ORDERED.**

Dated: February 10, 2003　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　CHARLES  R. BREYER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE