UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICU MEDICAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> B.BRAUN MEDICAL INC. <br><br> Defendant. | Civil Action No. CV 01-3202 CRB/MEJ |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be, and hereby is, dismissed with prejudice, including any and all claims and defenses asserted by the parties including Braun's defenses of inequitable conduct and invalidity, and ICU's claims of infringement. Each of the parties shall bear its own fees, costs, and expenses.

SO ORDERED:

Dated: April 20, 2005

Honorable Charles R. Breyer
United States District Judge

Dated: April 20, 2005

_____
Daniel F. Attridge, P.C.
Edward C. Donovan
John T. Battaglia
Gregory F. Corbett
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone:   (202) 879-5000
Facsimile:   (202) 879-5200

Attorneys for Defendant
B.BRAUN MEDICAL INC.

2

Dated: April 2̲0̲, 2005

                                                  */s/*

BINGHAM McCUTCHEN, LLP
Christopher B. Hockett (SBN 121539)
Adrienne L. Taclas (SBN 221232)
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

BINGHAM McCUTCHEN, LLP
Mary T. Huser (SBN 136051)
Susan Vastano Vaughan (SBN 223576)
1900 University Avenue
East Palo Alto, California 94303-2223
Telephone: (650) 849-4400
Facsimile: (650) 849-4800

PAUL, HASTINGS, JANOFSKY & WALKER, LLP
Stephen S. Korniczky (SBN 135532)
S. Christian Platt (SBN 199318)
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 720-2500
Facsimile: (858) 720-2555

Attorneys for Plaintiff
ICU MEDICAL, INC.